**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hatch, Daniel L Sr. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-3236 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>185 Franklin Street<br>Bloomingdale, IL 60108 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Du Page | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 875<br>Bloomingdale, IL 60108 | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [■] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| [■] Individual(s) | [ ] Railroad | [■] Chapter 7 | [ ] Chapter 11 | [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other_____ | [ ] Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| [■] Consumer/Non-Business | [ ] Business | [■] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

[ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

*** Joseph A. Baldi 00100145 ***

**Statistical/Administrative Information** (Estimates only)
- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] |

(Official Form 1)(03/03)   **10/16/05  3:13PM**

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Hatch, Daniel L Sr.

**FORM B1**, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Daniel L Hatch, Sr.
Signature of Debtor Daniel L Hatch, Sr.

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 16, 2005
Date

**Signature of Attorney**

X    /s/ Joseph A. Baldi
Signature of Attorney for Debtor(s)
Joseph A. Baldi 00100145
Printed Name of Attorney for Debtor(s)
Joseph A. Baldi & Associates, P.C.
Firm Name
19 South LaSalle Street
Suite 1500
Chicago, IL 60603
Address                     Email: jabaldi@ameritech.net
312-726-8150  Fax: 312-332-4629
Telephone Number
October 16, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Joseph A. Baldi                October 16, 2005
Signature of Attorney for Debtor(s)        Date
Joseph A. Baldi 00100145

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
**Northern District of Illinois**

In re   Daniel L Hatch, Sr.                                    Case No.
                                        Debtor(s)                        Chapter   7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  October 16, 2005                  /s/ Daniel L Hatch, Sr.
                                                                 Daniel L Hatch, Sr.
                                                                 Signature of Debtor

Accurate Personnel
c/o American Credit Systems
400 W. Lake Street
Roselle, IL 60172


AIM NTL Lease
782 Industrial
Elmhurst, IL 60126


AMB Properties
ATTN: Victoria Knudson
6250 N. River Road - Suite 1100
Park Ridge, IL 60018


American Express
P.O. Box 297871
Fort Lauderdale, FL 33329


American Tran Freight
P.O. Box 777 - W 7415
Philadelphia, PA 19175


Arthur Holpuch
c/o Illinois Dept. of Labor
160 N. LaSalle Drive - 1300
Chicago, IL 60601


Bank One
c/o Doug R. Johnson, ESQ
77 W. Wacker Drive # 4800
Chicago, IL 60601


Bear Cartage
8600 Joliet Dr.
McCook, IL 60525


Best Buy Uniforms
500 East Ave.
Homestead, PA 15120


Burns Security
6325 N Avondale
Chicago, IL

```
CDS Moving Supplies
700 W. Pratt Blvd.
Elk Grove Village, IL 60007


Chase Mortgage
10790 Rancho Bernardo Rd.
San Diego, CA 92127


Cintas First Aid
1105 National Parkway
Schaumburg, IL 60195


Cintas Uniforms
c/o Riebandt & DeWald, P.C.
1237 S. Arlington Heights Rd.
Arlington Heights, IL 60005


Clarence Dale
2952 W. Walnut
Chicago, IL 60612


College Pro Painters
Attn:  Aaron Liga
6326 N. Avondale Ave.
Chicago, IL 60631


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Concrete Decorators
c/o American Credit Systems
400 W. Lake Street #111
Roselle, IL 60172


Crown Forklifts
2055 Hammond Drive
Schaumburg, IL 60195


Crown Recycling
C/O Kelley Kelley & Kelley, P.C.
1523 W. Shaumburg Rd.
Schaumburg, IL 60194
```

Daily Herald
385 Airport Rd.
Elgin, IL 60123


Downers Grove Imports, Inc.
c/o Dominic Mancini, Atty
133 Fuller Ave.
Hinsdale, IL 60148


DSTM/Rodger Bloch
476 Brighton Court
Bloomingdale, IL 60108


Elmhurst Hospital


Enterprise Truck Leases
896 York Rd.
Elmhurst, IL 60126


FedEx Executive Office
P.O. Box 727
Memphis, TN 38194-1878


Frank DiFresco Cement Construction
% Law Offices of David A. D'Amico
1821 Walden Office Square, Ste 400
Schaumburg, IL 60173


Frederico Herrera
c/o Serpirco P.C.
61 W. Superior Street
Chicago, IL 60610


Friendly Ford
c/o Lawrence Schueler
444 S. Pinecroft Dr.
Roselle, IL 60172


Grainger
1545 W. Fullerton Street
Addison, IL 60601

ICAT Logistics/Transport
c/o Randall & Richards, Inc.
5151 E. Broadway - #800
Tucson, AZ 85711

Industrial Staffing
c/o Childress Duffy Goldblatt
515 N. State Street
Chicago, IL 60610

J & S Plumbing
370 Bond Ave.
Elk Grove Village, IL 60007

JIT Packaging
2521 Technology
#213
Elgin, IL 60123

Joe Cotton Ford
175 W. North Ave.
Carol Stream, IL 60188

Juan Almedia
1333 S. 49th Avenue
Cicero, IL 60804

Knox & Schenieder
991 Oak Creek St.
Lombard, IL 60148

Larry Roesch Auto Body
c/o Moss & Bloomberg, LLC
305 W. Briarcliff Rd. - Box 1158
Bolingbrook, IL 60440

Mastercard Providian
P.O. Box 9180
Pleasanton, CA 94566

Mayflower Transfer
199 Easy Street
Carol Stream, IL 60188

```
Mercedes Benz Hoffman Estates
1000 W. Golf Rd.
Schaumburg, IL 60194


Mueller Accounting Group
2560 Foxfield Rd.
# 300
Saint Charles, IL 60174


MZ Electric Services
c/o Michael David Weis
P.O. Box 1166
Northbrook, IL 60065


National Check Trust
2811 Corporate Way
Miramar, FL 33025


National City Bank
ATTN: Loss Avoidance
120 W. State Street
Rockford, IL 61101


Nextel
1155 Kelly Johnson Blvd.
Colorado Springs, CO 80920


Ocwen Federal Bank
12650 Ingenuity Dr.
Orlando, FL 32826


Ocwen Loan Servicing, LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737


Pine Construction
c/o Kal & Koeppel
725 E. Irving Park Road
Roselle, IL 60172


Pizarro Custom Remodeling
% Law Offices of Paul G. Brinkman
115 W. Wesley St.
Wheaton, IL 60187
```

```
Providian Financial-Mastercard
PO Box 660487
Dallas, TX 75266-0487


Providian Financial-Visa account
PO Box 660487
Dallas, TX 75266-0487


Rolling Meadows Auto Clinic
1300 Hicks Rd.
Elk Grove Village, IL 60007


Rustic Woodsman
c/o Randy Jaaks
9116 N. Milwaukee
Niles, IL 60714


Ryder Services Lease
902 N. Rt. 83
Bensenville, IL 60106


SBC
30 S. Wacker Drive
Chicago, IL 60606


Schwarz Nursery
c/o Kupisch & Carbon, Ltd.
201 N. Church Road
Bensenville, IL 60106


Staffing Networks
70 W. Madison
Suite 1500
Chicago, IL 60602


Triple L Landscapers
P.O. Box 72290
Roselle, IL 60172


U-Rent-It
1524 David Rd.
Elgin, IL 60123
```

```
U-Store-It
1524 Davis Rd.
Elgin, IL 60123


ULINE Corp.
2105 Lakeside Dr.
Waukegan, IL 60085


United Lift Truck Corp.
Attn:  Steve Malone
1100 S. 25th Avenue
Bellwood, IL 60104


USA Lift/ Refrigeration
c/o Pelliterri & Associates
991 Oak Creek St.
Lombard, IL 60148


Vilas County Treasurer
330 Court Street
Eagle River, WI 54521


Visa Providian
4900 Johnson Dr.
Pleasanton, CA 94588


Wessels & Pautsch Group
2035 Foxfield Rd.
Saint Charles, IL 60174


West Suburban Currency Exchanges
c/o Gerald R. Slutsky
2531 Queens Way
Northbrook, IL 60062
```