UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HATCH, DANIEL L SR. | ) | Case No. 05-62125-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE JOHN H. SQUIRES

NOW COMES GINA B. KROL, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,112.53 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $13,625.34. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $862.53 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,112.53 | |

**EXHIBIT E**

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

      The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 1st day of June, 2010.

/s/ Gina B. Krol
SIGNATURE

105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL  60602-0000
ADDRESS

**TASKS PERFORMED BY TRUSTEE**

Asset Identification and Administration:    Trustee reviewed Debtor's schedules and conferred with Debtor's counsel regarding potential equity in Wisconsin real estate. Trustee reviewed comparable listings in the area and discussed the marketability of the property with a local real estate broker.  Trustee reviewed and negotiated with the Debtor for the sale of the Debtor's right, title and interest in the property.  Trustee expended approximately 11.75 hours in the activity of Asset Identification and Administration.

Banking and Bonding:   Trustee opened and maintained the Estate's interest bearing, made deposits into and disbursements out of that account.  Reconciled the account monthly and maintained the Estate's blanket bond.  Trustee expended approximately 3.25 hours in the activity of Banking and Bonding.

Claims Review:  Trustee directed the Bankruptcy Clerk to send a notice to creditors setting a bar date for filing claims. Trustee undertook to review each claim filed in this case Trustee expended approximately 2.50 hours in the activity of Claims Review.

Coordination and Compliance with Reporting Requirements:  Trustee prepared the required periodic reports for the Office of the United States Trustee.  Trustee prepared the Trustee's Final Report and Account, Distribution Report, Claims Report, and Notices to Creditors.  Trustee made sure that appropriate notices had been sent to additional creditors herein. Trustee expended approximately 4.50 hours in the activity of Coordination and Compliance with Reporting Requirements.

Creditor Communication:    Trustee communicated case status and potential distribution to various creditors involved in these proceedings.  Trustee expended approximately 1.75 hours in the activity of Creditor Communication.

Meeting of Creditors:  Trustee prepared for and attended the original and continued Chapter 7 meeting of creditors.  Trustee expended approximately 1 hours in the activity of Meeting of Creditors.

TRUSTEE HAS EXPENDED A TOTAL OF APPROXIMATELY 24.75 HOURS IN THE ADMINISTRATION OF THIS ESTATE.