UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HATCH, DANIEL L SR. | ) | Case No. 05-62125-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 16, 2005. On April 7, 2006, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $3,220.00, in compensation for 9.50 hours of services performed for the period August 1, 2006 through present and reimbursement of actual expenses in the amount of $55.11.

3. A description of the nature of the services rendered by the Applicant is as follows:

ABANDONMENT

Attorneys for Debtor's wife filed a Motion to Compel the Trustee to Abandon Estate's Interest in Property. This was the Debtor's marital residence in he and his wife resided and held title in a land trust. The land trust documents were attached to the motion and clearly indicated that the property was held jointly as tenants by the entirety. Cohen & Krol reviewed the documentation appended to the motion to determine that the property was exempt from attachment by the Trustee for the benefit of creditors. Cohen & Krol reviewed motion and attended the Court hearings in this regard. Cohen & Krol expended 2.20 hours in the activity of Abandonment.

AUTOMATIC STAY

Wells Fargo Bank held a mortgage on the Debtor's real property located in Northern Wisconsin. The Trustee believed that equity existed in the property and had been communicating with a local realtor to determine the saleability of the property. Cohen & Krol reviewed the motion and appeared in court on each hearing date to advise the Court of the Trustee's efforts to sell the real property. Ultimately the property was sold back to the Debtor's wife which resulted in proceeds being paid to creditors. Cohen & Krol expended 3.30 hours in the activity of Automatic Stay.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented the Trustee's application to employ them to act as Attorneys for the Trustee. Cohen & Krol expended 1.55 hours in the activity of Professional Employment.

SALE OF ASSETS

After the Trustee reached an agreement with Debtor's wife, Cohen & Krol prepared and presented the Trustee's Motion to Sell the Right, Title and Interest in the Wisconsin Property. Cohen & Krol sent notice of the hearing to all creditors and obtained a Court order authorizing the sale. Cohen & Krol expended 2.45 hours in the activity of Sale of Assets.

4.  Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5.  The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK 2006 | 9.50 | 350.00 | 3,220.00 |

   6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

   7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

   8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

   WHEREFORE, Applicant requests that it be awarded reasonable compensation of $3,220.00 and reimbursement of actual and necessary expenses of $55.11 for legal services rendered in this case.

                RESPECTFULLY SUBMITTED,

Date: June 1, 2010           /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

# EXHIBIT A

## HATCH, DANIEL L SR.
## 05-62125-SQU

Date Services Rendered Time

# **EXHIBIT B**

## **TRUSTEE EXPENSES**

$ 0.00

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Fees & Expenses Applications | Fees & Expenses Total |
|---|---|---|---|
| Cohen & Krol | $0.00 | $3,275.11 | $3,275.11 |
| TOTALS: | $0.00 | $3,275.11 | $3,275.11 |

**EXHIBIT G**