# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HATCH, DANIEL L SR. | § | Case No. 05-62125 SQU |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/16/2010 in Courtroom 4016,
United States Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/15/2010        By: CLERK OF BANKRUPTCY COURT

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
HATCH, DANIEL L SR.                 §        Case No. 05-62125 SQU
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 13,625.68 |
| *and approved disbursements of* | $ | 43.86 |
| *leaving a balance on hand of*[1] | $ | 13,581.82 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: GINA B. KROL* | $ 2,112.57 | $ 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ 3,220.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other: Cohen & Krol* | $ 0.00 | $ 55.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,024,953.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *Enterprise Leasing Co of Chicago* | $ 65,000.00 | $ 519.65 |
| *000003* | *Rustic Woodsman* | $ 12,234.00 | $ 97.81 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Cintas Uniforms | $ 16,224.78 | $ 129.71 |
| 000005 | Downers Grove Imports, Inc. | $ 1,352.63 | $ 10.81 |
| 000006 | Wessels & Pautsch Group | $ 17,968.75 | $ 143.65 |
| 000007 | Bank One | $ 65,770.83 | $ 525.82 |
| 000008 | LVNV Funding LLC., its successors and assigns, as | $ 6,715.86 | $ 53.69 |
| 000009 | LVNV Funding LLC., its successors and assigns, as | $ 374.53 | $ 2.99 |
| 000010 | American Express Travel Related Svcs Co | $ 733.43 | $ 5.87 |
| 000011 | West Suburban Currency Exchanges | $ 4,761.72 | $ 38.07 |
| 000012 | eCAST Settlement Corporation assignee of | $ 1,089.25 | $ 8.71 |
| 000013 | Juan Almedia | $ 20,000.00 | $ 159.89 |
| 000014 | National City Bank | $ 7,470.92 | $ 59.73 |
| 000015 | DSTM/RODGER BLOCK | $ 800,000.00 | $ 6,395.72 |
| 000016 | Michael T. Nigro | $ 5,257.00 | $ 42.02 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
                                Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown               Page 1 of 3             Date Rcvd: Jun 16, 2010
Case: 05-62125                Form ID: pdf006            Total Noticed: 79

The following entities were noticed by first class mail on Jun 18, 2010.
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10389250     +AIM NTL Lease,    782 Industrial,    Elmhurst, IL 60126-1129
10389251     +AMB Properties,    ATTN: Victoria Knudson,    6250 N. River Road - Suite 1100,
               Park Ridge, IL 60018-4250
10389249     +Accurate Personnel,    c/o American Credit Systems,    400 W. Lake Street,   Roselle, IL 60172-3574
10389252     +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
10748530      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
10389253     +American Tran Freight,    P.O. Box 777 - W 7415,    Philadelphia, PA 19175-0001
10389254     +Arthur Holpuch,    c/o Illinois Dept. of Labor,    160 N. LaSalle Drive - 1300,
               Chicago, IL 60601-3104
10389255     +Bank One,    c/o Doug R. Johnson, ESQ,    77 W. Wacker Drive # 4800,    Chicago, IL 60601-1664
10389256     +Bear Cartage,    8600 Joliet Dr.,    McCook, IL 60525-3154
10389257      Best Buy Uniforms,    500 East Ave.,    Homestead, PA 15120
10389258     +Burns Security,    6325 N Avondale,    Chicago, IL 60631-1966
10389259     +CDS Moving Supplies,    700 W. Pratt Blvd.,    Elk Grove Village, IL 60007-5115
10389260     +Chase Mortgage,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
10450929     +Chicago Kedzie Currency Exchanges,    c/o Gerald R. Slutsky,    2531 Queens Way,
               Northbrook, IL 60062-6542
10389261      Cintas First Aid,    1105 National Parkway,    Schaumburg, IL 60195
10389262     +Cintas Uniforms,    c/o Riebandt & DeWald, P.C.,    1237 S. Arlington Heights Rd.,
               Arlington Heights, IL 60005-3142
10389263     +Clarence Dale,    2952 W. Walnut,    Chicago, IL 60612-1930
10389264      College Pro Painters,    Attn: Aaron Liga,    6326 N. Avondale Ave.,    Chicago, IL 60631
10389266     +Concrete Decorators,    c/o American Credit Systems,    400 W. Lake Street #111,
               Roselle, IL 60172-3574
10389267     +Crown Forklifts,    2055 Hammond Drive,    Schaumburg, IL 60173-3809
10389268      Crown Recycling,    C/O Kelley Kelley & Kelley, P.C.,    1523 W. Shaumburg Rd.,
               Schaumburg, IL 60194
10389271     +DSTM/RODGER BLOCK,    1001 WARRENVILLE ROAD,    STE 110,   LISLE IL 60532-1392
10450940     +DSTM/Rodger Bloch,    476 Brighton Court,    Bloomingdale, IL 60108-3116
10389269     +Daily Herald,    385 Airport Rd.,    Elgin, IL 60123-9341
10389270     +Downers Grove Imports, Inc.,    c/o Dominic Mancini, Atty,    133 Fuller Ave.,
               Hinsdale, IL 60521-3520
10450941     +Elmhurst Hospital,    172 East Schiller,    Elmhurst, IL 60126-2816
10553401     +Enterprise Leasing Co of Chicago,    Schuller & Shelist Ltd,    415 N Lasalle St Suite 500,
               Chicago,IL 60654-2743
10389273     +Enterprise Truck Leases,    896 York Rd.,    Elmhurst, IL 60126-1219
10389274      FedEx Executive Office,    P.O. Box 727,    Memphis, TN 38194-1878
10389275     +Frank DiFresco Cement Construction,    % Law Offices of David A. D'Amico,
               1821 Walden Office Square, Ste 400,    Schaumburg, IL 60173-4273
10389276     +Frederico Herrera,    c/o Serpirco P.C.,    61 W. Superior Street,    Chicago, IL 60654-5457
10389277     +Friendly Ford,    c/o Lawrence Schueler,    444 S. Pinecroft Dr.,    Roselle, IL 60172-2535
10389278     +Grainger,   1545 W. Fullerton Street,    Addison, IL 60101-3017
10389279     +ICAT Logistics/Transport,    c/o Randall & Richards, Inc.,    5151 E. Broadway - #800,
               Tucson, AZ 85711-3775
10736741    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10389280     +Industrial Staffing,    c/o Childress Duffy Goldblatt,    515 N. State Street,
               Chicago, IL 60654-4854
10389281     +J & S Plumbing,    370 Bond Ave.,    Elk Grove Village, IL 60007-1223
10389282     +JIT Packaging,    2521 Technology,   #213,    Elgin, IL 60124-7889
10389283     +Joe Cotton Ford,    175 W. North Ave.,    Carol Stream, IL 60188-2001
10389284     +Juan Almedia,    1333 S. 49th Avenue,    Cicero, IL 60804-1452
10389285     +Knox & Schenieder,    991 Oak Creek St.,    Lombard, IL 60148-6408
10389286     +Larry Roesch Auto Body,    c/o Moss & Bloomberg, LLC,    305 W. Briarcliff Rd. - Box 1158,
               Bolingbrook, IL 60440-2856
10389291     +MZ Electric Services,    c/o Michael David Weis,    P.O. Box 1166,    Northbrook, IL 60065-1166
10389287      Mastercard Providian,    P.O. Box 9180,    Pleasanton, CA 94566
10389288     +Mayflower Transfer,    199 Easy Street,    Carol Stream, IL 60188-2314
10389289      Mercedes Benz Hoffman Estates,    1000 W. Golf Rd.,    Schaumburg, IL 60194
10846489     +Michael T. Nigro,    Nigro & Westfall, P.C.,    Frank DiFresco Cement Construction, Inc.,
               1793 Bloomingdale Road,    Glendale Heights, IL 60139-3800
10389290     +Mueller Accounting Group,    2560 Foxfield Rd.,   # 300,    Saint Charles, IL 60174-5731
10389292     +National Check Trust,    2811 Corporate Way,    Miramar, FL 33025-3972
10389293     +National City Bank,    ATTN: Loss Avoidance,    120 W. State Street,    Rockford, IL 61101-1143
10389294     +Nextel,   1155 Kelly Johnson Blvd.,    Colorado Springs, CO 80920-5928
10389295     +Ocwen Federal Bank,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
10389297     +Pine Construction,    c/o Kal & Koeppel,    725 E. Irving Park Road,    Roselle, IL 60172-2364
10389298     +Pizarro Custom Remodeling,    % Law Offices of Paul G. Brinkman,    115 W. Wesley St.,
               Wheaton, IL 60187-5137
10389299      Providian Financial-Mastercard,    PO Box 660487,    Dallas, TX 75266-0487
10389300      Providian Financial-Visa account,    PO Box 660487,    Dallas, TX 75266-0487
10389301     +Rolling Meadows Auto Clinic,    1300 Hicks Rd.,    Elk Grove Village, IL 60008-1018
10389302     +Rustic Woodsman,    c/o Randy Jaaks,    9116 N. Milwaukee,    Niles, IL 60714-1539
10389303      Ryder Services Lease,    902 N. Rt. 83,    Bensenville, IL 60106
10389304     +SBC,   30 S. Wacker Drive,    Chicago, IL 60606-7413
10389305     +Schwarz Nursery,    c/o Kupisch & Carbon, Ltd.,    201 N. Church Road,   Bensenville, IL 60106-4310
10389306     +Staffing Networks,    70 W. Madison,    Suite 1500,    Chicago, IL 60602-4265
```

```
District/off: 0752-1          User: vbrown                Page 2 of 3                   Date Rcvd: Jun 16, 2010
Case: 05-62125                Form ID: pdf006             Total Noticed: 79

10389307      +Triple L Landscapers,    P.O. Box 72290,    Roselle, IL 60172-0290
10389308      +U-Rent-It,    1524 David Rd.,    Elgin, IL 60123-1359
10389309      +U-Store-It,    1524 Davis Rd.,    Elgin, IL 60123-1359
10389310      +ULINE Corp.,    2105 Lakeside Dr.,    Waukegan, IL 60085-8308
10389312      +USA Lift/ Refrigeration,    c/o Pelliterri & Associates,    991 Oak Creek St.,
                Lombard, IL 60148-6408
10389311      +United Lift Truck Corp.,    Attn: Steve Malone,    1100 S. 25th Avenue,    Bellwood, IL 60104-2499
10389313      +Vilas County Treasurer,    330 Court Street,    Eagle River, WI 54521-8362
10389314      +Visa Providian,    4900 Johnson Dr.,    Pleasanton, CA 94588-3308
10389315      +Wessels & Pautsch Group,    2035 Foxfield Rd.,    Saint Charles, IL 60174-5748
10450985      +West Suburban Currency Exchanges,    c./o Meyes & Prices PC,    707 Lake Cook Road Ste 314,
                Deerfield IL 60015-4933
10389316      +West Suburban Currency Exchanges,    c/o Gerald R. Slutsky,    2531 Queens Way,
                Northbrook, IL 60062-6542
10755641       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
                POB 35480,    Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jun 16, 2010.
10389265       E-mail/Text: legalcollections@comed.com                               ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
10744899       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC., its successors and assigns, as,    assignee of Washington Mutual Finance, L,
                Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
10389296       Fax: 407-737-5634 Jun 16 2010 23:58:29     Ocwen Loan Servicing, LLC,    P.O. Box 24737,
                West Palm Beach, FL 33416-4737
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10389272       Elmhurst Hospital
10450918*     +AIM NTL Lease,    782 Industrial,    Elmhurst, IL 60126-1129
10450919*     +AMB Properties,    ATTN: Victoria Knudson,    6250 N. River Road - Suite 1100,
                Park Ridge, IL 60018-4250
10450917*     +Accurate Personnel,    c/o American Credit Systems,    400 W. Lake Street,    Roselle, IL 60172-3574
10450920*     +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
10450921*     +American Tran Freight,    P.O. Box 777 - W 7415,    Philadelphia, PA 19175-0001
10450922*     +Arthur Holpuch,    c/o Illinois Dept. of Labor,    160 N. LaSalle Drive - 1300,
                Chicago, IL 60601-3104
10450923*     +Bank One,    c/o Doug R. Johnson, ESQ,    77 W. Wacker Drive # 4800,    Chicago, IL 60601-1664
10450924*     +Bear Cartage,    8600 Joliet Dr.,    McCook, IL 60525-3154
10450925*      Best Buy Uniforms,    500 East Ave.,    Homestead, PA 15120
10450926*     +Burns Security,    6325 N Avondale,    Chicago, IL 60631-1966
10450927*     +CDS Moving Supplies,    700 W. Pratt Blvd.,    Elk Grove Village, IL 60007-5115
10450928*     +Chase Mortgage,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
10450930*      Cintas First Aid,    1105 National Parkway,    Schaumburg, IL 60195
10450931*     +Cintas Uniforms,    c/o Riebandt & DeWald, P.C.,    1237 S. Arlington Heights Rd.,
                Arlington Heights, IL 60005-3142
10450932*     +Clarence Dale,    2952 W. Walnut,    Chicago, IL 60612-1930
10450933*      College Pro Painters,    Attn: Aaron Liga,    6326 N. Avondale Ave.,    Chicago, IL 60631
10450934*      ComEd,    Bill Payment Center,    Chicago, IL 60668-0001
10450935*     +Concrete Decorators,    c/o American Credit Systems,    400 W. Lake Street #111,
                Roselle, IL 60172-3574
10450936*     +Crown Forklifts,    2055 Hammond Drive,    Schaumburg, IL 60173-3809
10450937*      Crown Recycling,    C/O Kelley Kelley & Kelley, P.C.,    1523 W. Shaumburg Rd.,
                Schaumburg, IL 60194
10450938*     +Daily Herald,    385 Airport Rd.,    Elgin, IL 60123-9341
10450939*     +Downers Grove Imports, Inc.,    c/o Dominic Mancini, Atty,    133 Fuller Ave.,
                Hinsdale, IL 60521-3520
10450942*     +Enterprise Truck Leases,    896 York Rd.,    Elmhurst, IL 60126-1219
10450943*      FedEx Executive Office,    P.O. Box 727,    Memphis, TN 38194-1878
10450944*     +Frank DiFresco Cement Construction,    % Law Offices of David A. D'Amico,
                1821 Walden Office Square, Ste 400,    Schaumburg, IL 60173-4273
10450945*     +Frederico Herrera,    c/o Serpirco P.C.,    61 W. Superior Street,    Chicago, IL 60654-5457
10450946*     +Friendly Ford,    c/o Lawrence Schueler,    444 S. Pinecroft Dr.,    Roselle, IL 60172-2535
10450947*     +Grainger,    1545 W. Fullerton Street,    Addison, IL 60101-3017
10450948*     +ICAT Logistics/Transport,    c/o Randall & Richards, Inc.,    5151 E. Broadway - #800,
                Tucson, AZ 85711-3775
10450949*     +Industrial Staffing,    c/o Childress Duffy Goldblatt,    515 N. State Street,
                Chicago, IL 60654-4854
10450950*     +J & S Plumbing,    370 Bond Ave.,    Elk Grove Village, IL 60007-1223
10450951*     +JIT Packaging,    2521 Technology,    #213,    Elgin, IL 60124-7889
10450952*     +Joe Cotton Ford,    175 W. North Ave.,    Carol Stream, IL 60188-2001
10450953*     +Juan Almedia,    1333 S. 49th Avenue,    Cicero, IL 60804-1452
10450954*     +Knox & Schenieder,    991 Oak Creek St.,    Lombard, IL 60148-6408
10450955*     +Larry Roesch Auto Body,    c/o Moss & Bloomberg, LLC,    305 W. Briarcliff Rd. - Box 1158,
                Bolingbrook, IL 60440-2856
10450960*     +MZ Electric Services,    c/o Michael David Weis,    P.O. Box 1166,    Northbrook, IL 60065-1166
10450956*      Mastercard Providian,    P.O. Box 9180,    Pleasanton, CA 94566
10450957*     +Mayflower Transfer,    199 Easy Street,    Carol Stream, IL 60188-2314
10450958*      Mercedes Benz Hoffman Estates,    1000 W. Golf Rd.,    Schaumburg, IL 60194
10450959*     +Mueller Accounting Group,    2560 Foxfield Rd.,    # 300,    Saint Charles, IL 60174-5731
10450961*     +National Check Trust,    2811 Corporate Way,    Miramar, FL 33025-3972
10450962*     +National City Bank,    ATTN: Loss Avoidance,    120 W. State Street,    Rockford, IL 61101-1143
10450963*     +Nextel,    1155 Kelly Johnson Blvd.,    Colorado Springs, CO 80920-5928
10450964*     +Ocwen Federal Bank,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
```

```
District/off: 0752-1           User: vbrown              Page 3 of 3                Date Rcvd: Jun 16, 2010
Case: 05-62125                 Form ID: pdf006           Total Noticed: 79

              ***** BYPASSED RECIPIENTS (continued) *****
10450965*        Ocwen Loan Servicing, LLC,     P.O. Box 24737,     West Palm Beach, FL 33416-4737
10450966*       +Pine Construction,    c/o Kal & Koeppel,    725 E. Irving Park Road,    Roselle, IL 60172-2364
10450967*       +Pizarro Custom Remodeling,    % Law Offices of Paul G. Brinkman,    115 W. Wesley St.,
                  Wheaton, IL 60187-5137
10450968*        Providian Financial-Mastercard,     PO Box 660487,     Dallas, TX 75266-0487
10450969*        Providian Financial-Visa account,     PO Box 660487,     Dallas, TX 75266-0487
10450970*       +Rolling Meadows Auto Clinic,    1300 Hicks Rd.,    Elk Grove Village, IL 60008-1018
10450971*       +Rustic Woodsman,    c/o Randy Jaaks,    9116 N. Milwaukee,    Niles, IL 60714-1539
10450972*        Ryder Services Lease,    902 N. Rt. 83,    Bensenville, IL 60106
10450973*       +SBC,   30 S. Wacker Drive,    Chicago, IL 60606-7413
10450974*       +Schwarz Nursery,    c/o Kupisch & Carbon, Ltd.,     201 N. Church Road,    Bensenville, IL 60106-4310
10450975*       +Staffing Networks,    70 W. Madison,    Suite 1500,    Chicago, IL 60602-4265
10450976*       +Triple L Landscapers,    P.O. Box 72290,    Roselle, IL 60172-0290
10450977*       +U-Rent-It,    1524 David Rd.,    Elgin, IL 60123-1359
10450978*       +U-Store-It,    1524 Davis Rd.,    Elgin, IL 60123-1359
10450979*       +ULINE Corp.,    2105 Lakeside Dr.,    Waukegan, IL 60085-8308
10450981*       +USA Lift/ Refrigeration,    c/o Pelliterri & Associates,    991 Oak Creek St.,
                  Lombard, IL 60148-6408
10450980*       +United Lift Truck Corp.,    Attn: Steve Malone,    1100 S. 25th Avenue,    Bellwood, IL 60104-2499
10450982*       +Vilas County Treasurer,    330 Court Street,    Eagle River, WI 54521-8362
10450983*       +Visa Providian,    4900 Johnson Dr.,    Pleasanton, CA 94588-3308
10450984*       +Wessels & Pautsch Group,    2035 Foxfield Rd.,    Saint Charles, IL 60174-5748
                                                                                              TOTALS: 1, * 65

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                    **Signature:**    _Joseph Speetjens_