UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
HATCH, DANIEL L SR.                       §        Case No. 05-62125
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/GINA B. KROL _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Mortgage |  |  |  |  |  |
| College Pro Painters |  |  |  |  |  |
| Frank DiFresco Cement Construction |  |  |  |  |  |
| Ocwen Federal Savings Bank |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AIM NTL Lease | | | | | |
| AMB Properties | | | | | |
| Accurate Personnel | | | | | |
| American Tran Freight | | | | | |
| Arthur Holpuch | | | | | |
| Bear Cartage | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Best Buy Uniforms | | | | | |
| Burns Security | | | | | |
| CDS Moving Supplies | | | | | |
| Chicago Kedzie Currency Exchange | | | | | |
| Cintas First Aid | | | | | |
| Clarence Dale | | | | | |
| Com Ed | | | | | |
| Crown Forklifts | | | | | |
| Crown Recycling | | | | | |
| Daily Herald | | | | | |
| Elmhurst Hospital | | | | | |
| Fed Ex Executive Office | | | | | |
| Federico Herrerra | | | | | |
| Friendly Ford | | | | | |
| Grainger | | | | | |
| ICAT | | | | | |
| Industrial Staffing | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J&S Painting | | | | | |
| JIT Packaging | | | | | |
| Joe Cotton Ford | | | | | |
| Knox & Schneider | | | | | |
| Larry Roesch Auto Body | | | | | |
| MZ Electric Service | | | | | |
| Mastercard Providian | | | | | |
| Mayflower Transfer | | | | | |
| Mercedes Benz Hoffman Estates | | | | | |
| Mueller Accounting Group | | | | | |
| National Check Trust | | | | | |
| Nextel | | | | | |
| Ocwen Loan Servicing | | | | | |
| Rolling Meadows Auto Clinic | | | | | |
| Ryder Services Lease | | | | | |
| SBC | | | | | |
| Schwartz Nursery | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Staffing Networks | | | | | |
| Triple L Landscapers | | | | | |
| U Rent It | | | | | |
| U Store It | | | | | |
| USA Lift Refrigeration | | | | | |
| Uline | | | | | |
| United Lift Truck | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| BANK ONE | | | | | |
| CINTAS UNIFORMS | | | | | |
| DOWNERS GROVE IMPORTS, INC. | | | | | |
| DSTM/RODGER BLOCK | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ENTERPRISE LEASING CO OF CHICAGO | | | | | |
| JUAN ALMEDIA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING LLC., ITS SUCCESSORS A | | | | | |
| LVNV FUNDING LLC., ITS SUCCESSORS A | | | | | |
| MICHAEL T. NIGRO | | | | | |
| NATIONAL CITY BANK | | | | | |
| RUSTIC WOODSMAN | | | | | |
| WESSELS & PAUTSCH GROUP | | | | | |
| WEST SUBURBAN CURRENCY EXCHANGES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 05-62125  Doc 55  Filed 12/27/10  Entered 12/27/10 16:00:31  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND
Document  Page 10 of 17
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-62125 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | HATCH, DANIEL L SR. | | | | Date Filed (f) or Converted (c): | 10/16/05 (f) |
| | | | | | 341(a) Meeting Date: | 02/22/06 |
| For Period Ending: | 12/07/10 | | | | Claims Bar Date: | 08/01/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Wisconsin R/E | 220,000.00 | 20,000.00 | | 13,450.00 | FA |
| Trustee accepted right title and interest offer of $13,500 payable in installments | | | | | |
| 2. Residence | 245,000.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 6. camera | 100.00 | 0.00 | | 0.00 | FA |
| 7. Stock | 438.00 | 0.00 | | 0.00 | FA |
| 8. Stock | Unknown | 0.00 | | 0.00 | FA |
| 9. Automobile | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. COMPUTER | 500.00 | 0.00 | | 0.00 | FA |
| 11. Pets | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 176.18 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $468,738.00        $20,000.00        $13,626.18        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

Initial Projected Date of Final Report (TFR): 03/31/07    Current Projected Date of Final Report (TFR): 12/31/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-62125 -SQU | |
| Case Name: | HATCH, DANIEL L SR. | |
| Taxpayer ID No: | *******5980 | |
| For Period Ending: | 12/07/10 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3928  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/29/06 | 1 | Tersa Hatch<br>185 Franklin<br>Bloomingdale, IL  60108 | Equity in Wisconsin R/E | 1110-000 | 6,250.00 | | 6,250.00 |
| * 09/12/06 | | Teresa Hatch<br>185 Franklin St.<br>Bloomingdale, IL  60108 | | 1110-003 | 2,700.00 | | 8,950.00 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.30 | | 8,955.30 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.31 | | 8,960.61 |
| * 11/28/06 | | Teresa Hatch<br>185 Franklin St.<br>Bloomingdale, IL  60108 | VOID<br>Check never cleared due to wrong payee | 1110-003 | -2,700.00 | | 6,260.61 |
| 11/29/06 | 1 | Teresa M. Hatch<br>185 Franklin Street<br>Bloomingdale, IL  60108 | | 1110-000 | 5,000.00 | | 11,260.61 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.15 | | 11,265.76 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.14 | | 11,274.90 |
| 01/22/07 | 1 | Teresa Hatch<br>185 Franklin St.<br>Bloomingdale, IL  60108 | | 1110-000 | 2,200.00 | | 13,474.90 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.00 | | 13,484.90 |
| 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 10.40 | 13,474.50 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.34 | | 13,484.84 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.44 | | 13,496.28 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.10 | | 13,507.38 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.47 | | 13,518.85 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.11 | | 13,529.96 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.49 | | 13,541.45 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.50 | | 13,552.95 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.63 | | 13,561.58 |

Page Subtotals    13,571.98    10.40

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

Ver: 15.20

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-62125 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HATCH, DANIEL L SR. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3928 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5980 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.65 | | 13,570.23 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.25 | | 13,577.48 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.49 | | 13,583.97 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.38 | | 13,589.35 |
| 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 12.78 | 13,576.57 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.23 | | 13,579.80 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.21 | | 13,583.01 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.78 | | 13,585.79 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.72 | | 13,587.51 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.68 | | 13,589.19 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.73 | | 13,590.92 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.73 | | 13,592.65 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.67 | | 13,594.32 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.32 | | 13,595.64 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.11 | | 13,596.75 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.69 | | 13,597.44 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,597.55 |
| 02/17/09 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 10.59 | 13,586.96 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,587.06 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,587.18 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 13,587.48 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,587.82 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,588.16 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.35 | | 13,588.51 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.35 | | 13,588.86 |

Page Subtotals 50.65 23.37

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-62125 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HATCH, DANIEL L SR. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3928  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5980 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,589.20 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,589.55 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,589.89 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,590.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,590.58 |
| 02/09/10 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 10.09 | 13,580.49 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 13,580.80 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,581.15 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,581.48 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,581.82 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,582.16 |
| 07/15/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 13,582.32 |
| 07/15/10 | | Transfer to Acct #*******0202 | Final Posting Transfer | 9999-000 | | 13,582.32 | 0.00 |

| | COLUMN TOTALS | 13,626.18 | 13,626.18 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 13,582.32 | |
| | Subtotal | 13,626.18 | 43.86 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 13,626.18 | 43.86 | |

Page Subtotals          3.55          13,592.41

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

LFORM24

Ver: 15.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 05-62125 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | HATCH, DANIEL L SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0202 BofA - Checking Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/15/10 | | Transfer from Acct #*******3928 | Transfer In From MMA Account | 9999-000 | 13,582.32 | | 13,582.32 |
| 07/19/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,112.53 | 11,469.79 |
| 07/19/10 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney Fees | 3110-000 | | 2,125.20 | 9,344.59 |
| 07/19/10 | 003003 | Gina B. Krol | Attorneys Fees Per Court Order | 3110-000 | | 1,094.80 | 8,249.79 |
| 07/19/10 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney Expenses | 3120-000 | | 55.11 | 8,194.68 |
| 07/19/10 | 003005 | Enterprise Leasing Co of Chicago<br>Schuller & Shelist Ltd<br>415 N Lasalle St Suite 500<br>Chicago,IL 60610 | Claim 000002, Payment 0.79952% | 7100-900 | | 519.69 | 7,674.99 |
| 07/19/10 | 003006 | Rustic Woodsman<br>c/o Randy Jaaks<br>9116 N. Milwaukee<br>Niles, IL 60714 | Claim 000003, Payment 0.79949% | 7100-900 | | 97.81 | 7,577.18 |
| 07/19/10 | 003007 | Cintas Uniforms<br>c/o Riebandt & DeWald, P.C.<br>1237 S. Arlington Heights Rd.<br>Arlington Heights, IL 60005 | Claim 000004, Payment 0.79952% | 7100-900 | | 129.72 | 7,447.46 |
| 07/19/10 | 003008 | Downers Grove Imports, Inc.<br>c/o Dominic Mancini, Atty<br>133 Fuller Ave.<br>Hinsdale, IL 60148 | Claim 000005, Payment 0.79918% | 7100-900 | | 10.81 | 7,436.65 |
| 07/19/10 | 003009 | Wessels & Pautsch Group<br>2035 Foxfield Rd. | Claim 000006, Payment 0.79950% | 7100-900 | | 143.66 | 7,292.99 |

Page Subtotals   13,582.32   6,289.33

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

LFORM24

Ver: 15.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-62125 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HATCH, DANIEL L SR. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0202 BofA - Checking Account |
| Taxpayer ID No: | *******5980 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/10 | 003010 | Saint Charles, IL 60174<br>Bank One<br>c/o Doug R. Johnson, ESQ<br>77 W. Wacker Drive # 4800<br>Chicago, IL 60601 | Claim 000007, Payment 0.79952% | 7100-900 | | 525.85 | 6,767.14 |
| 07/19/10 | 003011 | LVNV Funding LLC., its successors and assigns, as assignee of Washington Mutual Finance, L<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 0.79960% | 7100-900 | | 53.70 | 6,713.44 |
| 07/19/10 | 003012 | American Express Travel Related Svcs Co Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000010, Payment 0.79899% | 7100-900 | | 5.86 | 6,707.58 |
| 07/19/10 | 003013 | West Suburban Currency Exchanges<br>c./o Meyes & Prices PC<br>707 Lake Cook Road Ste 314<br>Deerfield IL 60015 | Claim 000011, Payment 0.79950% | 7100-900 | | 38.07 | 6,669.51 |
| 07/19/10 | 003014 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000012, Payment 0.79963% | 7100-900 | | 8.71 | 6,660.80 |
| 07/19/10 | 003015 | Juan Almedia<br>1333 S. 49th Avenue<br>Cicero, IL 60804 | Claim 000013, Payment 0.79955% | 7100-900 | | 159.91 | 6,500.89 |
| 07/19/10 | 003016 | National City Bank<br>ATTN: Loss Avoidance<br>120 W. State Street<br>Rockford, IL 61101 | Claim 000014, Payment 0.79950% | 7100-900 | | 59.73 | 6,441.16 |
| 07/19/10 | 003017 | DSTM/RODGER BLOCK | Claim 000015, Payment 0.79952% | 7100-900 | | 6,396.14 | 45.02 |

Page Subtotals 0.00 7,247.97

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

Ver: 15.20

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-62125 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | HATCH, DANIEL L SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0202  BofA - Checking Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/10 | 003018 | 1001 WARRENVILLE ROAD<br>STE 110<br>LISLE IL 60532<br>Michael T. Nigro<br>Nigro & Westfall, P.C.<br>Frank DiFresco Cement Construction, Inc.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139 | Claim 000016, Payment 0.79951%<br>(16-1) Proof of Claim for Frank<br>DiFresco Cement Construction, Inc.<br>(16-1) Contract | 7100-900 | | 42.03 | 2.99 |
| 07/19/10 | 003019 | United States Bankruptcy Court<br>DuPage County Courthouse<br>505 N. County Farm Rd. Courtroom 20<br>Wheaton, IL  60187-0000 | Claim 000009<br>LVNV Funding LLC., its successors and assigns, as assignee of Washington Mutual Finance, L<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 7100-900 | | 2.99 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,582.32 | 13,582.32 | 0.00 |
| Less:  Bank Transfers/CD's | 13,582.32 | 0.00 | |
| Subtotal | 0.00 | 13,582.32 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 13,582.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******3928 | 13,626.18 | 43.86 | 0.00 |
| BofA - Checking Account - *******0202 | 0.00 | 13,582.32 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 13,626.18 | 13,626.18 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    45.02

**UST Form 101-7-TDR (9/1/2009)** *(Page: 16)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-62125 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | HATCH, DANIEL L SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0202  BofA - Checking Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/  GINA B. KROL  Date: 12/07/10
                          GINA B. KROL

Page Subtotals                         0.00              0.00

UST Form 101-7-TDR (9/1/2009) *(Page: 17)*

Ver: 15.20
LFORM24